[No. 11794-4-III.   Division Three.   April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SKAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00424-8, Stephen M. Brown, J., entered July 19, 1991. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11699-9-III.   Division Three.   April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00093-6, Fred L. Stewart, J., entered June 28, 1991. *Affirmed* by unpublished opinion per Brown, J. Pro Tem., concurred in by Shields, C.J., and Green, J. Pro Tem.

[No. 12089-9-III.   Division Three.   April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYCE K. ALLYN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 91-8-00051-1, Ted Kolbaba, J., entered November 19, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.